Kevin S. Sinclair, Esq., Nevada Bar No. 12277
*ksinclair@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
*slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone: (702) 331-7593
Facsimile: (702) 331-1652

Attorneys for Defendant
CHICAGO TITLE INSURANCE COMPANY

✓ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD
NOV 25 2019
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: ___ DEPUTY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR SOUNDVIEW HOME LOAN TRUST 2008 EQ2 ASSET-BACKED CERTIFICATES SERIES 2006-EQ2

Plaintiff,

vs.

CHICAGO TITLE INSURANCE COMPANY, et al.,

Defendants.

Case No.: 3:19-cv-00649-RCJ-CLB

**STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO THE COMPLAINT**

**(FIRST REQUEST)**

Plaintiff Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2008 EQ2 Asset-Backed Certificates Series 2006-EQ2 ("Deutsche") and defendant Chicago Title Insurance Company ("Chicago Title"), by and through their counsel of record, hereby stipulate as follows:

**WHEREAS**, Deutsche filed its complaint in this matter on October 25, 2019 (ECF No. 1);

**WHEREAS**, Deutsche served the complaint upon Chicago Title and Ticor Title Insurance Company (collectively, "Defendants") on November 1, 2019;

**WHEREAS**, Defendants' response to the complaint is currently due November 22, 2019;

**WHEREAS**, Defendants' counsel was recently retained and requests additional time to respond to the complaint.

**WHEREAS**, Deutsche does not oppose Defendants' request for an extension.



**WHEREAS**, this is the first stipulation for an extension of Defendants' time to respond to the complaint.

Now, therefore, the parties hereto, by and through their counsel of record, hereby stipulate and agree as follows:

1. Defendants shall file their response to the complaint on or before December 6, 2019.
2. Defendants intend to preserve their right and do not expressly waive any and all defenses listed in Fed. R. Civ. P. 12(b), including with respect to whether they are subject to personal jurisdiction in this forum.

Dated this 20th day of November 2019

EARLY SULLIVAN WRIGHT GIZER & McRAE LLP

*/s/--Kevin S. Sinclair*

By:____________________
Kevin S. Sinclair, Esq.
Nevada Bar No. 12277
Sophia S. Lau, Esq.
Nevada Bar No. 13365
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148

Attorneys for Chicago Title Insurance Company

Dated this 20th day of November 2019

WRIGHT, FINLAY & ZAK, LLP

*/s/--Lindsay D. Robbins*

By: ____________________
Matthew S. Carter, Esq.
Nevada Bar No. 9524
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117

Attorneys for Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2008 EQ2 Asset-Backed Certificates Series 2006-EQ2

**ORDER**

**IT IS SO ORDERED:**

Dated: 11/25/2019

By: [signature]
THE HON. CARLA BALDWIN
UNITED STATES MAGISTRATE JUDGE

