# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR SOUNDVIEW HOME LOAN TRUST 2006 EQ2 ASSET-BACKED CERTIFICATES, SERIES 2006-EQ2,<br><br>Plaintiff,<br><br>vs.<br><br>CHICAGO TITLE INSURANCE COMPANY and TICOR TITLE INSURANCE COMPANY,<br><br>Defendants. | Case No.: 3:19-cv-00649-RCJ-CLB<br><br>**ORDER TO EXTEND TIME TO RESPOND TO CHICAGO TITLE'S MOTION TO DISMISS [ECF No. 8]**<br><br>**[First Request]** |

COMES NOW Plaintiff Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2006 EQ2 Asset-Backed Certificates, Series 2006-EQ2 ("Deutsche Bank") and Defendant Chicago Title Insurance Company ("Chicago Title") (collectively, the "Parties"), by and through their counsel of record, hereby agree and stipulate as follows.

1. On December 6, 2019, Chicago Title filed a Motion to Dismiss [ECF No. 8];

2. On December 11, 2019, the Parties filed a Stipulation to Stay Litigation pending the appeal to the Ninth Circuit Court of Appeals in a related matter, entitled *Wells Fargo Bank, N.A. v. Fidelity National Title Ins. Co.*, Ninth Cir. Case No. 19-17332 (District Court Case No. 3:19-cv-00241-MMD-WGC) [ECF No. 9];

3. The Court has not ruled on the parties' stipulation to stay this case;

529355.1

4. Deutsche Bank's response to Chicago Title's Motion is due December 20, 2019;

5. Deutsche Bank is requesting an additional twenty-eight (28) days to file its response to Chicago Title's Motion, and thus requests up to January 20, 2020, to file its Opposition, to allow Counsel for Deutsche Bank additional time to review and respond to the points and authorities cited to in Chicago Title's Motion, and to avoid the expenses attendant to opposing the Motion in the event the Court grants the Parties' stipulation to stay the case;

6. Counsel for Chicago Title does not oppose the extension; and

7. This is the first request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

| DATED this 19th day of December, 2019. | DATED this 19th day of December, 2019. |
|---|---|
| **WRIGHT, FINLAY & ZAK, LLP** | **EARLY SULLIVAN WRIGHT GIZER & McRAE LLP** |
| */s/ Lindsay D. Robbins* <br> Lindsay D. Robbins, Esq. <br> Nevada Bar No. 13474 <br> 7785 W. Sahara Ave., Suite 200 <br> Las Vegas, NV 89117 <br> *Attorney for Plaintiff Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2006 EQ2 Asset-Backed Certificates, Series 2006-EQ2* | */s/ Kevin S. Sinclair* <br> Kevin S. Sinclair, Esq. <br> Nevada Bar No. 12277 <br> Sophia S. Lau, Esq. <br> Nevada Bar No. 13365 <br> 8716 Spanish Ridge Avenue, Suite 105 <br> Las Vegas, Nevada 89148 <br> *Attorneys for Defendant, Chicago Title Insurance Company* |

**IT IS SO ORDERED.**

Dated this 19th day of December, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE

Page 2 of 2

529355.1