WRIGHT, FINLAY & ZAK, LLP
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
lrobbins@wrightlegal.net
*Attorney for Plaintiff, Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2006 EQ2 Asset-Backed Certificates, Series 2006-EQ2*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR SOUNDVIEW HOME LOAN TRUST 2006 EQ2 ASSET-BACKED CERTIFICATES, SERIES 2006-EQ2,<br><br>Plaintiff,<br>vs.<br><br>CHICAGO TITLE INSURANCE COMPANY and TICOR TITLE INSURANCE COMPANY,<br><br>Defendants. | Case No.:   3:19-cv-00649-RCJ-CLB<br><br>**NOTICE OF DISASSOCIATION AND WITHDRAWAL OF COUNSEL** |

Plaintiff, Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2006 EQ2 Asset-Backed Certificates, Series 2006-EQ2 (hereinafter referred to as "Plaintiff"), by and through its attorney of record of the law firm of Wright, Finlay & Zak, LLP, hereby gives notice that Matthew S. Carter, Esq. is no longer an attorney associated with Wright, Finlay & Zak, LLP and therefore no longer needs to receive notice related to this case.

///

///

///

///

///

Wright Finlay & Zak, LLP will continue to represent Plaintiff and request that Lindsay D. Robbins, Esq. receive all future notices.

DATED this 27th day of February, 2020.

WRIGHT, FINLAY & ZAK, LLP

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE

DATED: 2/28/2020

/s/ Lindsay D. Robbins, Esq.
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorney for Plaintiff, Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2006 EQ2 Asset-Backed Certificates, Series 2006-EQ2*

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b) and Electronic Filing Procedure IV(B), I certify that on the 27th day of February, 2020, a true and correct copy of this **NOTICE OF DISASSOCIATION AND WITHDRAWAL OF COUNSEL** was transmitted electronically through the Court's e-filing electronic system to the attorney(s) associated with this case as follows:

EARLY SULLIVAN WRIGHT GIZER & MCRAE LLP
Email: ksinclair@earlysullivan.com

/s/ Faith Harris
An Employee of WRIGHT, FINLAY & ZAK, LLP