WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
ldragon@wrightlegal.net
*Attorneys for Plaintiff, Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2006 EQ2 Asset-Backed Certificates, Series 2006-EQ2*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR SOUND-VIEW HOME LOAN TRUST 2006 EQ2 ASSET-BACKED CERTIFICATES, SERIES 2006-EQ2,<br><br>Plaintiff,<br>vs.<br><br>CHICAGO TITLE INSURANCE COMPANY and TICOR TITLE INSURANCE COMPANY,<br><br>Defendants. | Case No.: 3:19-cv-00649-RCJ-CLB<br><br>**ORDER GRANTING STIPULATION TO AMEND COMPLAINT AND CONTINUE DEADLINE TO FILE JOINT CASE MANAGEMENT REPORT**<br><br>**(First Request)** |

Plaintiff, Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2006 EQ2 Asset-Backed Certificates, Series 2006-EQ2 ("Deutsche Bank"), and Defendants, Chicago Title Insurance Company ("Chicago") and Ticor Title Insurance Company ("Ticor") (collectively, the "Defendants"), hereby submit the following Stipulation to amend the Complaint and to set Defendants' response deadline. The Parties, by and through their undersigned counsel, stipulate and agree as follows:

1. On October 25, 2019, Deutsche Bank filed its Complaint against Defendants [ECF No. 1];

2. Thereafter, on December 23, 2019, the Court granted the Parties' Stipulation to Stay the instant action pending the appeal in *Wells Fargo Bank, N.A. v. Fidelity National Title Ins. Co.*, Ninth Cir. Case No. 19-17332 (District Court Case No. 3:19-cv-00241-MMD-WGZ)

("*Wells Fargo II*") [ECF No. 13];

3. On November 5, 2021, the Ninth Circuit issued its Memorandum Disposition in *Wells Fargo II*, vacating the district court's decision granting dismissal of Wells Fargo's claims and remanding for further proceedings.  The mandate issued on November 29, 2021;

4. On August 24, 2022, this Court issued its Order lifting the stay [ECF No. 22];

5. Thereafter, the Parties met and conferred regarding a stipulation for Deutsche Bank to amend its Complaint following *Wells Fargo II*;

6. Defendants did not object to Deutsche Bank filing an amended complaint;

7. On September 6, 2022, this Court issued an Order to submit a Joint Case Management Report before October 6, 2022 [ECF No. 24];

8. The Parties hereby agree that Deutsche Bank shall have fourteen (14) days from the entry of the order on this Stipulation to file its amended pleading;

9. The Parties further agree that Defendants shall have thirty (30) days from the filing of Deutsche Bank's amended pleading to file its response.

10. The Parties further agree to conduct the Fed. R. Civ. P. 26(f) conference within fourteen (14) days of the date responsive pleadings are filed.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

11. The Parties further agree and request that deadline to file the Joint Case Management Report be continued until fourteen (14) days after the date the Rule 26(f) conference is held.

**IT IS SO STIPULATED.**

DATED this 23rd day of September, 2022.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Lindsay D. Dragon, Esq.*
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff, Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2006 EQ2 Asset-Backed Certificates, Series 2006-EQ2*

DATED this 23rd day of September, 2022.

SINCLAIR BRAUN LLP

*/s/ Kevin Sinclair, Esq.*
Kevin Sinclair, Esq.
Nevada Bar No. 12277
16501 Venture Boulevard, Suite 400
Encino, California 91436
*Attorneys for Defendants, Chicago Title Insurance Company and Ticor Title Insurance Company*

**IT IS SO ORDERED.**

Dated this 27th day of September, 2022.

_____
UNITED STATES MAGISTRATE JUDGE