**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR SOUNDVIEW HOME LOAN TRUST 2006 EQ2 ASSET-BACKED CERTIFICATES, SERIES 2006-EQ2,<br><br>Plaintiff,<br>vs.<br><br>CHICAGO TITLE INSURANCE COMPANY,<br><br>Defendant. | Case No.: 3:19-cv-00649-RCJ-CLB<br><br>**ORDER TO EXTEND TIME PERIOD TO RESPOND TO MOTION TO DISMISS [ECF No. 28]**<br><br>**(First Request)** |

COMES NOW Plaintiff, Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2006 EQ2 Asset-Backed Certificates, Series 2006-EQ2 ("Deutsche Bank") and Defendant Chicago Title Insurance Company ("Chicago"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On October 11, 2022, Deutsche Bank filed its First Amended Complaint [ECF No. 27];
2. On November 10, 2022, Chicago filed a Motion to Dismiss [ECF No. 28];
3. Deutsche Bank's deadline to respond to Chicago's Motion to Dismiss is currently November 28, 2022;
4. Deutsche Bank's counsel is requesting an extension until Wednesday, December 21, 2022, to file its response to the pending Motion to Dismiss;

5. This extension is requested to allow counsel for Deutsche Bank additional time to review and respond to the points and authorities cited to in the pending Motion;

6. Counsel for Chicago does not oppose the requested extension;

7. This is the first request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 23rd day of November, 2022.    DATED this 23rd day of November, 2022.

WRIGHT, FINLAY & ZAK, LLP    SINCLAIR BRAUN LLP

*/s/ Lindsay D. Dragon*    */s/ Kevin S. Sinclair*
Lindsay D. Dragon, Esq.    Kevin S. Sinclair, Esq.
Nevada Bar No. 13474    Nevada Bar No. 12277
7785 W. Sahara Ave., Suite 200    16501 Ventura Boulevard, Suite 400
Las Vegas, NV 89117    Encino, California 91436
*Attorneys for Plaintiff, Deutsche Bank*    *Attorney for Defendant, Chicago Title*
*National Trust Company, as Trustee for*    *Insurance Company*
*Soundview Home Loan Trust 2006 EQ2*
*Asset-Backed Certificates, Series 2006-EQ2*

**IT IS SO ORDERED.**

Dated this  28th  day of November, 2022.

_____
UNITED STATES DISTRICT COURT JUDGE