|1
|2
|3
|4
|5
|6
|7
|8

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR SOUND-VIEW HOME LOAN TRUST 2006 EQ2 ASSET-BACKED CERTIFICATES, SERIES 2006-EQ2, | Case No.: 3:19-cv-00649-RCJ-CLB |
|---|---|
| | ORDER GRANTING |
| | **STIPULATION TO EXTEND TIME PERIOD TO RESPOND TO MOTION TO DISMISS [ECF No. 28]** |
| Plaintiff, | |
| vs. | **(Third Request)** |
| CHICAGO TITLE INSURANCE COMPANY, | |
| Defendant. | |

COMES NOW Plaintiff, Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2006 EQ2 Asset-Backed Certificates, Series 2006-EQ2 ("Deutsche Bank") and Defendant Chicago Title Insurance Company ("Chicago"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On October 11, 2022, Deutsche Bank filed its First Amended Complaint [ECF No. 27];
2. On November 10, 2022, Chicago filed a Motion to Dismiss [ECF No. 28];
3. On December 21, 2022, the undersigned parties filed a stipulation to extend Deutsche Bank's deadline to respond to Chicago's Motion to Dismiss to December 28, 2022 [ECF No. 39];

Page 1 of 2

4. Deutsche Bank's counsel is requesting an extension until Wednesday, January 4, 2023, to file its response to the pending Motion to Dismiss;

5. This extension is requested to allow counsel for Deutsche Bank additional time to respond to the particular issues raised in the pending Motion to Dismiss and to obtain approval of points and authorities in support of its response;

6. Counsel for Chicago does not oppose the requested extension;

7. This is the third request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 28th day of December, 2022.            DATED this 28th day of December, 2022.

WRIGHT, FINLAY & ZAK, LLP                         SINCLAIR BRAUN LLP

*/s/ Lindsay D. Dragon*                           */s/ Kevin S. Sinclair*
Lindsay D. Dragon, Esq.                           Kevin S. Sinclair, Esq.
Nevada Bar No. 13474                              Nevada Bar No. 12277
7785 W. Sahara Ave., Suite 200                    16501 Ventura Boulevard, Suite 400
Las Vegas, NV 89117                               Encino, California 91436
*Attorneys for Plaintiff, Deutsche Bank*          *Attorney for Defendant, Chicago Title*
*National Trust Company, as Trustee for*          *Insurance Company*
*Soundview Home Loan Trust 2006 EQ2*
*Asset-Backed Certificates, Series 2006-EQ2*

**IT IS SO ORDERED.**

Dated this  3rd  day of   January   , 2023.

_____
UNITED STATES DISTRICT COURT JUDGE