1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR SOUND-VIEW HOME LOAN TRUST 2006 EQ2 ASSET-BACKED CERTIFICATES, SERIES 2006-EQ2,<br><br>        Plaintiff,<br>    vs.<br><br>CHICAGO TITLE INSURANCE COMPANY,<br><br>        Defendant. | Case No.: 3:19-cv-00649-RCJ-CLB<br><br>ORDER GRANING **STIPULATION TO EXTEND TIME PERIOD TO RESPOND TO MOTION TO DISMISS [ECF No. 28]**<br><br>**(Fourth Request)** |

COMES NOW Plaintiff, Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2006 EQ2 Asset-Backed Certificates, Series 2006-EQ2 ("Deutsche Bank") and Defendant Chicago Title Insurance Company ("Chicago"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On October 11, 2022, Deutsche Bank filed its First Amended Complaint [ECF No. 27];
2. On November 10, 2022, Chicago filed a Motion to Dismiss [ECF No. 28];
3. The undersigned parties filed a stipulation to extend Deutsche Bank's deadline to respond to Chicago's Motion to Dismiss to January 4, 2023, which was granted by the Court [ECF No. 42];

4. Deutsche Bank's counsel is requesting an extension until Wednesday, January 11, 2023, to file its response to the pending Motion to Dismiss as Deutsche Bank needs additional time to finalize the response in light of the recent holidays;

5. Counsel for Chicago does not oppose the requested extension;

6. This is the fourth request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 4th day of January, 2023.                    DATED this 4th day of January, 2023.

WRIGHT, FINLAY & ZAK, LLP                               SINCLAIR BRAUN LLP

*/s/ Lindsay D. Dragon*                                 */s/ Kevin S. Sinclair*
Lindsay D. Dragon, Esq.                                 Kevin S. Sinclair, Esq.
Nevada Bar No. 13474                                    Nevada Bar No. 12277
7785 W. Sahara Ave., Suite 200                          16501 Ventura Boulevard, Suite 400
Las Vegas, NV 89117                                     Encino, California 91436
*Attorneys for Plaintiff, Deutsche Bank*                *Attorney for Defendant, Chicago Title*
*National Trust Company, as Trustee for*                *Insurance Company*
*Soundview Home Loan Trust 2006 EQ2*
*Asset-Backed Certificates, Series 2006-EQ2*

**IT IS SO ORDERED.**

Dated this __5th__ day of __January__, 2023.

_____
UNITED STATES DISTRICT COURT JUDGE