**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY,<br><br>            Plaintiff,<br><br>vs.<br><br>CHICAGO TITLE INSURANCE COMPANY, et al.,<br><br>            Defendants. | Case No.: 3:19-CV-00649-RCJ-CLB<br><br>**ORDER CONTINUING DEADLINE TO REPLY IN SUPPORT OF MOTION TO DISMISS**<br><br>**FIRST REQUEST** |

COMES NOW defendant Chicago Title Insurance Company ("Chicago Title") and plaintiff Deutsche Bank National Trust Company ("Deutsche Bank"), by and through their respective attorneys of record, which hereby agree and stipulate as follows:

1.  On October 11, 2022 Deutsche Bank filed its First Amended Complaint in this

1. action (ECF No. 27);

2. On November 10, 2022 Chicago Title moved to dismiss Deutsche Bank's complaint (ECF No. 28);

3. On January 11, 2023 Deutsche Bank opposed Chicago Title's motion to dismiss (ECF No. 47) and filed a countermotion for partial summary judgment (ECF No. 48);

4. Counsel for Chicago Title requests a 30-day extension to reply in support of its motion to dismiss and a 16-day extension to oppose the countermotion, such that Chicago Title's reply in support of motion to dismiss and opposition to the countermotion are both due on February 17, 2023, to afford Chicago Title's counsel additional time to review and respond to Deutsche Bank's opposition and countermotion, which are identical.

5. Counsel for Deutsche Bank does not oppose the requested extension;

6. This is the first request for an extension made by counsel for Chicago Title, which is made in good faith and not for the purposes of delay.

7. This stipulation is entered into without waiving any of Chicago Title's objections under Fed. R. Civ. P. 12.

//
//
//
//
//
//
//
//
//
//
//
//
//

**IT IS SO STIPULATED** that Chicago Title's deadline to file its reply in support of its motion to dismiss and to oppose Deutsche Bank's countermotion for partial summary judgment is hereby extended through and including Friday, February 17, 2023.

Dated: January 12, 2023                      SINCLAIR BRAUN LLP


By:  /s/-Kevin S. Sinclair
KEVIN S. SINCLAIR
Attorneys for Defendants
CHICAGO TITLE INSURANCE COMPANY

Dated: January 12, 2023                      WRIGHT FINLAY & ZAK, LLP


By:  /s/-Lindsay D. Dragon
LINDSAY D. DRAGON
Attorneys for Plaintiff
DEUTSCHE BANK NATIONAL TRUST COMPANY

**IT IS SO ORDERED.**

Dated this  19th  day of  January , 2023.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE