Scott E. Gizer, Esq., Nevada Bar No. 12216
*sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
*slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone: (702) 331-7593
Facsimile: (702) 331-1652

Kevin S. Sinclair, NV Bar No. 12277
*ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone: (213) 429-6100
Facsimile: (213) 429-6101

Attorneys for Defendant
CHICAGO TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Janet Trost, Esq.
501 S. Rancho Drive
Suite H-56
Las Vegas, Nevada 89106

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>CHICAGO TITLE INSURANCE COMPANY, et al.,<br><br>Defendants. | Case No.: 3:19-CV-00649-RCJ-CLB<br><br>**STIPULATION AND ORDER CONTINUING DEADLINE TO REPLY IN SUPPORT OF MOTION TO DISMISS**<br><br>**SECOND REQUEST** |

COMES NOW defendant Chicago Title Insurance Company ("Chicago Title") and plaintiff Deutsche Bank National Trust Company ("Deutsche Bank"), by and through their respective attorneys of record, which hereby agree and stipulate as follows:

1. On October 11, 2022 Deutsche Bank filed its First Amended Complaint in this



action (ECF No. 27);

2. On November 10, 2022 Chicago Title moved to dismiss Deutsche Bank's complaint (ECF No. 28);

3. On January 11, 2023 Deutsche Bank opposed Chicago Title's motion to dismiss (ECF No. 47) and filed a countermotion for partial summary judgment (ECF No. 48);

4. On January 19, 2023, the Court granted the parties' first stipulation to extend the time for Chicago Title to file its reply and opposition, such that both are currently due on February 17, 2023 (ECF No. 50);

5. Counsel for Chicago Title requests a 14-day extension to reply in support of its motion to dismiss and oppose the countermotion, such that Chicago Title's reply in support of motion to dismiss and opposition to the countermotion are both due on March 3, 2023, to afford Chicago Title additional time to review and respond to the arguments advanced by Deutsche Bank.

6. Counsel for Deutsche Bank does not oppose the requested extension;

7. This is the second request for an extension made by counsel for Chicago Title, which is made in good faith and not for the purposes of delay.

8. This stipulation is entered into without waiving any of Chicago Title's objections under Fed. R. Civ. P. 12.

//

//

//

//

//

//

//

//

//

//



//

**IT IS SO STIPULATED** that Chicago Title's deadline to file its reply in support of its motion to dismiss and to oppose Deutsche Bank's countermotion for partial summary judgment is hereby extended through and including Friday, March 3, 2023.

Dated: February 16, 2023

SINCLAIR BRAUN LLP

By: *___/s/-Kevin S. Sinclair___*
KEVIN S. SINCLAIR
Attorneys for Defendants
CHICAGO TITLE INSURANCE COMPANY

Dated: February 16, 2023

WRIGHT FINLAY & ZAK, LLP

By: *___/s/-Lindsay D. Dragon___*
LINDSAY D. DRAGON
Attorneys for Plaintiff
DEUTSCHE BANK NATIONAL TRUST COMPANY

**IT IS SO ORDERED.**

Dated this 17th day of February, 2023.

_______________________________
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE



