Scott E. Gizer, Esq., Nevada Bar No. 12216
 *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
 *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
 GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Kevin S. Sinclair, NV Bar No. 12277
 *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendant
CHICAGO TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Janet Trost, Esq.
501 S. Rancho Drive
Suite H-56
Las Vegas, Nevada 89106

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY,<br><br>           Plaintiff,<br><br>vs.<br><br>CHICAGO TITLE INSURANCE COMPANY, et al.,<br><br>           Defendants. | Case No.: 3:19-CV-00649-RCJ-CLB<br><br>**STIPULATION AND ORDER WITHDRAWING MOTION TO DISMISS (ECF NO. 28) AND COUNTERMOTION FOR PARTIAL SUMMARY JUDGMENT (ECF NO. 48)** |

COMES NOW defendant Chicago Title Insurance Company ("Chicago Title") and plaintiff Deutsche Bank National Trust Company ("Deutsche Bank"), by and through their respective attorneys of record, which hereby agree and stipulate as follows:

1. On October 11, 2022 Deutsche Bank filed its first amended complaint in this



1. action (ECF No. 27);

2. On November 10, 2022 Chicago Title moved to dismiss Deutsche Bank's first amended complaint (ECF No. 28);

3. On January 11, 2023 Deutsche Bank opposed Chicago Title's motion to dismiss (ECF No. 47) and filed a countermotion for partial summary judgment (ECF No. 48);

4. On February 23, 2023, the parties filed the notice of settlement of all claims pending in this action with the Court (ECF No. 53);

5. In light of the settlement between Deutsche Bank and Chicago Title, the parties stipulate that Chicago Title's motion to dismiss (ECF No. 28) and Deutsche Bank's countermotion for partial summary judgment (ECF No. 48) desire to withdraw their competing motions, without prejudice to refiling if necessary, so that neither side incurs additional fees on briefing.

**IT IS SO STIPULATED** that Chicago Title's motion to dismiss (ECF No. 28) and Deutsche Bank's countermotion for partial summary judgment (ECF No. 48) are hereby withdrawn, without prejudice.

Dated:  March 6, 2023                    SINCLAIR BRAUN LLP

By:   /s/-Kevin S. Sinclair
KEVIN S. SINCLAIR
Attorneys for Defendants
CHICAGO TITLE INSURANCE COMPANY

Dated:  March 6, 2023                    WRIGHT FINLAY & ZAK, LLP

By:   /s/-Lindsay D. Dragon
LINDSAY D. DRAGON
Attorneys for Plaintiff
DEUTSCHE BANK NATIONAL TRUST COMPANY

**IT IS SO ORDERED** that Chicago Title's motion to dismiss (ECF No. 28) and Deutsche Bank's countermotion for partial summary judgment (ECF No. 48) are hereby withdrawn, without prejudice. **IT IS FURTHER ORDERED** that the parties' settlement documents are due no later than May 26, 2023.

Dated this 10th day of March, 2023.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE

