WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
dbrenner@wrightlegal.net
ldragon@wrightlegal.net
*Attorneys for Plaintiff, Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2006 EQ2 Asset-Backed Certificates, Series 2006-EQ2*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR SOUND-VIEW HOME LOAN TRUST 2006 EQ2 ASSET-BACKED CERTIFICATES, SERIES 2006-EQ2, <br><br> Plaintiff, <br><br> vs. <br><br> CHICAGO TITLE INSURANCE COMPANY, <br><br> Defendant. | Case No.: 3:19-cv-00649-RCJ-CLB <br><br> **ORDER TO EXTEND TIME PERIOD TO FILE DISMISSAL** <br><br> **[First Request]** |

Plaintiff, Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2006 EQ2 Asset-Backed Certificates, Series 2006-EQ2 and Defendant, Chicago Title Insurance Company (collectively referred to as the "Parties"), by and through their respective undersigned counsel, hereby submit this stipulation to extend the time period to file dismissal documents.

On February 23, 2023, the Parties filed their Notice of Settlement [ECF No. 53]. On March 16, 2023, the Court filed an Order requiring the Parties to file dismissal documents by May 26, 2023 [ECF No. 55]. The Parties need additional time to finalize the terms of the settlement agreement.

///

1  The Parties request an additional sixty (60) days, through and including July 25, 2023, to file a stipulation to dismiss this action or a joint status report advising the Court of the status of settlement.

**IT IS SO STIPULATED.**

DATED this 25th day of May, 2023.   DATED this 25th day of May, 2023.

WRIGHT, FINLAY & ZAK, LLP   SINCLAIR BRAUN LLP

*/s/ Lindsay D. Dragon*
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorney for Plaintiff, Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2006 EQ2 Asset-Backed Certificates, Series 2006-EQ2*

*/s/ Kevin S. Sinclair*
Kevin S. Sinclair, Esq.
Nevada Bar No. 12277
16501 Ventura Blvd., Suite 400
*Attorneys for Defendant, Chicago Title Insurance Company*

**IT IS SO ORDERED.**

Dated this __25th___ day of _____May_____, 2023.

_____
UNITED STATES DISTRICT COURT JUDGE