WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
dbrenner@wrightlegal.net
ldragon@wrightlegal.net
*Attorneys for Plaintiff, Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2006 EQ2 Asset-Backed Certificates, Series 2006-EQ2*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR SOUND-VIEW HOME LOAN TRUST 2006 EQ2 ASSET-BACKED CERTIFICATES, SERIES 2006-EQ2,<br><br>Plaintiff,<br>vs.<br><br>CHICAGO TITLE INSURANCE COMPANY,<br><br>Defendant. | Case No.: 3:19-cv-00649-RCJ-CLB<br><br>**STIPULATION AND ORDER TO EXTEND TIME PERIOD TO FILE DISMISSAL**<br><br>**[Second Request]** |

Plaintiff, Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2006 EQ2 Asset-Backed Certificates, Series 2006-EQ2 and Defendant, Chicago Title Insurance Company (collectively referred to as the "Parties"), by and through their respective undersigned counsel, hereby submit this stipulation to extend the time period to file dismissal documents.

On February 23, 2023, the Parties filed their Notice of Settlement [ECF No. 53]. On May 25, 2023, the Court filed an Order requiring the Parties to file dismissal documents by July 25, 2023 [ECF No. 57]. While the Settlement Agreement has been drafted, the Parties need additional time to finalize the terms and to complete the settlement.

///

The Parties request an additional sixty (60) days, through and including September 25, 2023, to file a stipulation to dismiss this action or a joint status report advising the Court of the status of settlement.

**IT IS SO STIPULATED.**

DATED this 20th day of July, 2023.                    DATED this 20th day of July, 2023.

WRIGHT, FINLAY & ZAK, LLP                              SINCLAIR BRAUN LLP


*/s/ Lindsay D. Dragon*                                */s/ Kevin S. Sinclair*
Lindsay D. Dragon, Esq.                                Kevin S. Sinclair, Esq.
Nevada Bar No. 13474                                   Nevada Bar No. 12277
7785 W. Sahara Ave., Suite 200                         16501 Ventura Blvd., Suite 400
Las Vegas, NV 89117                                    *Attorneys for Defendant, Chicago Title*
*Attorney for Plaintiff, Deutsche Bank                  Insurance Company*
*National Trust Company, as Trustee for*
*Soundview Home Loan Trust 2006 EQ2*
*Asset-Backed Certificates, Series 2006-EQ2*

**IT IS SO ORDERED.**

Dated this  24th  day of  July , 2023.

_____
UNITED STATES DISTRICT COURT JUDGE