WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
dbrenner@wrightlegal.net
ldragon@wrightlegal.net
*Attorneys for Plaintiff, Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2006 EQ2 Asset-Backed Certificates, Series 2006-EQ2*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR SOUND-VIEW HOME LOAN TRUST 2006 EQ2 ASSET-BACKED CERTIFICATES, SERIES 2006-EQ2,<br><br>                    Plaintiff,<br>       vs.<br><br>CHICAGO TITLE INSURANCE COMPANY,<br><br>                    Defendant. | Case No.: 3:19-cv-00649-RCJ-CLB<br><br>**STIPULATION AND ORDER TO DISMISS CASE WITH PREJUDICE** |

Plaintiff, Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2006 EQ2 Asset-Backed Certificates, Series 2006-EQ2 and Defendant, Chicago Title Insurance Company (collectively referred to as the "Parties"), by and through their counsel of record, hereby  stipulate and agree as follows:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**IT IS HEREBY STIPULATED AND AGREED** that the Complaint is dismissed WITH PREJUDICE, with each party to bear its own fees and costs.

DATED this 22nd day of September, 2023.   DATED this 22nd day of September, 2023.

WRIGHT, FINLAY & ZAK, LLP   SINCLAIR BRAUN KARGHER LLP

*/s/ Lindsay D. Dragon*   */s/ Kevin S. Sinclair*
Lindsay D. Dragon, Esq.   Kevin S. Sinclair, Esq.
Nevada Bar No. 13474   Nevada Bar No. 12277
7785 W. Sahara Ave., Suite 200   15260 Ventura Blvd., Ste 715
Las Vegas, NV 89117   Sherman Oaks, California 91403
*Attorney for Plaintiff, Deutsche Bank*   *Attorneys for Defendant, Chicago Title*
*National Trust Company, as Trustee for*   *Insurance Company*
*Soundview Home Loan Trust 2006 EQ2*
*Asset-Backed Certificates, Series 2006-EQ2*

**IT IS SO ORDERED.**

Dated this  25th  day of September, 2023.

_____
UNITED STATES DISTRICT JUDGE